AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | ) | |
|---|---|---|
| For Life Products, LLC | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 16-cv-60176-WJZ |
| The Sherwin-Williams Company | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Sherwin-Williams Company
c/o Corporation Service Company, Registered Agent
1201 Hays Street
Tallahassee, FL  32301-2525


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gary Silberman
Gary Silberman, P.A.
2665 S. Bayshore Drive, Suite #725
Coconut Grove, FL  33133


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

Date:    1/29/2016

**SUMMONS**

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts